# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALRICK HENRY,<br><br>    Plaintiff,<br><br>    v.<br><br>E. CHAPA,<br><br>    Defendant.<br>_____/ | CASE NO. 1:07-cv-00336-LJO-SMS PC<br><br>ORDER GRANTING DEFENDANT CHAPA'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE FOLLOWING SCREENING BY COURT<br><br>(Doc. 1) |

Defendant Chapa ("defendant") removed this action from Kings County Superior Court to this court on March 1, 2007. In conjunction with his notice of removal, defendant moves for a forty-five day extension of time to respond to the complaint, commencing once the complaint has been screened by the court pursuant to 28 U.S.C. § 1915A.

Good cause having been found, it is HEREBY ORDERED that:

1. Defendant's request for an extension of time to respond to the complaint is GRANTED; and

2. Defendant is relieved of his obligation to respond to the complaint until directed to do so by the court, at which time defendant will be provided with forty-five days to respond.[1]

IT IS SO ORDERED.

Dated:    March 2, 2007            /s/ Sandra M. Snyder
i0d3h8                             UNITED STATES MAGISTRATE JUDGE

---

[1] The court has a large number of cases pending before it and will screen the complaint in due course.

1