# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALRICK HENRY, | CASE NO. 1:07-cv-00336-LJO-SMS PC |
| Plaintiff, | ORDER DIRECTING DEFENDANT TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT WITHIN THIRTY DAYS |
| v. | |
| E. CHAPA, | (Doc. 10) |
| Defendant. | |

Plaintiff Dalrick Henry ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law. Defendant E. Chapa ("Defendant") removed the action to this Court from Kings County Superior Court on March 1, 2007. On June 19, 2007, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and ordered Plaintiff to either file an amended complaint or notify the Court that he was willing to proceed only on his cognizable Eighth Amendment claim. On July 10, 2007, Plaintiff filed an amended complaint.

The Court has reviewed the amended complaint and finds that this action may proceed on the amended complaint against Defendant on Plaintiff's Eighth Amendment and state law negligence and defamation claims.[1]  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 2008 WL 659570, No. 06-35068, *3 (9th Cir. Mar. 13, 2008).

///

///

---

[1] There is no basis for the award of equitable relief in this action and those claims shall be addressed in a finding and recommendation issued concurrently with this order.

1

1  Accordingly, Defendant is HEREBY ORDERED to file a response to the amended complaint
2  within **thirty (30) days** from the date of service of this order.

4  IT IS SO ORDERED.

5  **Dated:   April 16, 2008**              /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE