1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    DALRICK A. HENRY,                    1:07-cv-00336-LJO-SMS (PC)

12            Plaintiff,                    DISCOVERY ORDER
                                            SCHEDULING ORDER
13    v.
                                            Unenumerated Rule 12(b) Motion Deadline -   07/17/2008
14    ELIUD CHAPA,                          Deadline to Amend Pleadings -               11/17/2008
                                            Discovery Cut-Off Date -                    01/19/2009
15            Defendant.                    Dispositive Motion Deadline -               03/19/2009

16    _____/

17            Defendant Eliud Chapa has answered the amended complaint filed on July 10, 2007.

18    Pursuant to Federal Rules of Civil Procedure 1, 16, and 26-36, discovery shall proceed as follows:

19            1.  Discovery requests shall be served by the parties pursuant to Federal Rule of Civil

20    Procedure 5 and Local Rule 5-135, and shall only be filed when required by Local Rules 33-250(c),

21    34-250(c), and 36-250(c);

22            2.  Responses to written discovery requests shall be due forty-five (45) days after the

23    request is first served;

24            3.  To ensure that the responding party has forty-five (45) days after the request is first

25    served to respond, discovery requests must be served at least forty-five (45) days before the

26    discovery deadline;

27            4.  Pursuant to Federal Rule of Civil Procedure 30(a), defendants may depose plaintiff and

28    any other witness confined in a prison upon condition that, at least fourteen (14) days before such a

                                            -1-

deposition, defendants serve all parties with the notice required by Federal Rule of Civil Procedure 30(b)(1); and

    5.  If disputes arise about the parties' obligations to respond to requests for discovery, the parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the Federal Rules of Civil Procedure and Rules 11-110, 7-130, 7-131, 5-133, 5-135, 6-136, 43-142, and 78-230(m) of the Local Rules of Practice for the United States District Court, Eastern District of California. Unless otherwise ordered, Local Rule 37-251 shall not apply, and the requirement set forth in Federal Rules of Civil Procedure 26 and 37 that a party seeking relief from the court certify that he or she has in good faith conferred or attempted to confer with the other party or person in an effort to resolve the dispute prior to seeking court action shall not apply.  Voluntary compliance with this provision of Rules 26 and 37 is encouraged, however.  A discovery motion that does not comply with all applicable rules will be stricken and may result in imposition of sanctions.

    Further:

    6.  The parties are advised that the deadline for filing motions to dismiss for failure to exhaust the administrative remedies pursuant to the unenumerated portion of Federal Rule of Civil Procedure 12(b) shall be July 17, 2008;

    7.  The deadline for amending the pleadings shall be November 17, 2008;

    8.  The parties are advised that the deadline for the completion of all discovery, including filing motions to compel, shall be January 19, 2009;

    9.  The deadline for filing pre-trial dispositive motions shall be March 19, 2009;[1]

    10.  **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question**; and

    11.  **Extensions of time will only be granted on a showing of good cause.**


IT IS SO ORDERED.

_____

    [1] The pre-trial dispositive motion deadline does not apply to the filing of unenumerated Rule 12(b) motions to dismiss for failure to exhaust.  Unenumerated Rule 12(b) motions for failure to exhaust must be filed on or before the deadline separately set forth in this order.

1

**Dated:** ___**May 16, 2008**___                    ___/s/ **Sandra M. Snyder**___
                                              UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28