# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALRICK HENRY,<br><br>            Plaintiff,<br><br>   v.<br><br>E. CHAPA,<br><br>            Defendant. | CASE NO. 1:07-cv-00336-LJO-SMS PC<br><br>ORDER ADOPTING FINDING AND RECOMMENDATION, AND DISMISSING EQUITABLE RELIEF CLAIMS FROM ACTION<br><br>(Docs. 9 and 12) |

Plaintiff Dalrick Henry is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law. Defendant E. Chapa removed the action from Kings County Superior Court on March 1, 2007. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 16, 2008, the Magistrate Judge filed a Finding and Recommendation herein which was served on the parties and which contained notice to the parties that any objections were to be filed within thirty days. The parties did not object.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Finding and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Finding and Recommendation, filed April 16, 2008, is adopted in full; and
2. Plaintiff's claims for equitable relief are dismissed from this action, and it shall proceed as one for money damages only.

IT IS SO ORDERED.

**Dated:     June 10, 2008**              /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1