# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dalrick Henry, | No. 1:07-CV-00336-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Eliud Chapa, | |
| Defendant. | |

Plaintiff has filed a motion for extension of time to file his opposition to Defendant's motion for summary judgment (Dkt. #25).

**IT IS ORDERED** that Plaintiff's motion for extension of time (Dkt. #25) is **granted**. Plaintiff shall have until April 15, 2009 within which to file his opposition to Defendant's motion for summary judgment.

DATED this 15th day of April, 2009.

David G. Campbell
United States District Judge