**WO**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Dalrick Henry, | ) | No. 1:07-CV-00336-DGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Eliud Chapa, | ) | |
| Defendant. | ) | |

Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. This case will be referred to Magistrate Judge Craig S. Kellison to conduct a settlement conference at California State Prison, Corcoran (CSP-COR), on **December 7, 2009, at 9:00 a.m.** A separate order and writ of habeas corpus ad testificandum to transport Plaintiff from Avenal State Prison (ASP) will issue forthwith.

**IT IS ORDERED:**

1. This case is set for mediation on **December 7, 2009, at 9:00 a.m.** at CSP-COR, 4001 King Avenue, Corcoran, California.

2. The parties are directed to provide confidential settlement conference statements to Sujean Younger, ADR and Pro Bono Program Director, 501 I

Street, Suite 4-200, Sacramento, California 95814, so that they arrive no later than **November 30, 2009**.

DATED this 15th day of October, 2009.

_____
David G. Campbell
United States District Judge