IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dalrick Henry,<br><br>  Plaintiff,<br><br>v.<br><br>Eliud Chapa,<br><br>  Defendant. | No. 1:07-CV-00336-DGC<br><br>**ORDER APPOINTING COUNSEL FOR THE LIMITED PURPOSE OF SETTLEMENT** |

Plaintiff, Dalrick Henry, is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. After a careful review of the record in this matter, the Court finds that appointment of counsel for plaintiff is warranted for the limited purpose of assisting plaintiff in settlement negotiations. Christopher Watters has been selected by random draw from the court's pro bono attorney panel.

**IT IS HEREBY ORDERED**:

1. Christopher Watters is appointed as counsel in the above entitled matter. This appointment is for the limited purpose of assisting plaintiff in settlement negotiations.

2. Within seven days, Christopher Watters shall notify Sujean Younger, ADR and Pro Bono Program Director, at 916-930-4278, if he is unable to accept appointment in this matter, or if he has any questions related to the appointment.

3. This matter is set for a settlement conference at California State Prison, Corcoran (CSP-COR), on December 7, 2009 at 9:00 A.M. before Magistrate Judge Craig S. Kellison. Both parties shall appear at the settlement conference with full settlement authority and negotiate in good faith.

4. The Clerk of the Court is directed to serve a copy of this order upon Christopher Watters, Miles Sears & Eanni, 2844 Fresno Street, Fresno, CA 93716.

DATED this 4th day of November, 2009.

*David G. Campbell*
United States District Judge