IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dalrick Henry,<br><br>        Plaintiff,<br><br>v.<br><br>Eliud Chapa,<br><br>        Defendant. | No. 1:07-CV-00336-DGC<br><br>**ORDER** |

Defendants have filed a motion for 30-day extension of time to meet and exchange exhibits (Dkt. #42). Plaintiff has filed a motion to deny Plaintiff's request (Dkt. #43).

**IT IS ORDERED:**

1. Plaintiff's motion for 30-day extension of time to meet and exchange exhibits (Dkt. #42) is **granted** as set forth below.

2. Defendant's motion to deny Plaintiff's motion (Dkt. #43) will be **denied.**

3. Counsel for Defendant shall prepare a draft Proposed Final Pretrial Order and submit it to Plaintiff for review no later than **November 18, 2009**. Plaintiff shall review the Proposed Final Pretrial Order and provide counsel for Defendant with his/her revisions no later than **November 27, 2009**. Counsel for Defendant shall lodge the Proposed Final Pretrial Order with the Court no later than **4:00 p.m.** on **December 1, 2009**. Preparation and lodging of the Proposed Final Pretrial Order in accordance with the requirements of this Order shall be deemed to satisfy the disclosure requirements of Rule 26(a)(3) of the Federal

Rules of Civil Procedure. Counsel for Defendant shall submit a copy of the Proposed Final Pretrial Order to the Court in WordPerfect® 9.0 format either by email to Nancy_Outley@azd.uscourts.gov or on an IBM-compatible computer disk.

  4. The parties shall file and serve all motions in limine no later than **November 20, 2009**. Responses to motions in limine shall be filed on or before **November 27, 2009**. Each motion in limine shall include proposed language for the order in limine being sought from the Court, and the proposed language shall state with precision the evidence that is subject to the proposed order and the limitation or exclusion placed on the evidence. The motions and responses must be concise and shall not exceed three (3) pages in length. No replies shall be filed. The Court will rule on the motions in limine without oral argument.

  5. All other conditions set forth in the Court's Order Setting Final Pretrial Conference (Dkt. #36) shall remain in effect.

  DATED this 16th day of November, 2009.

_____
David G. Campbell
United States District Judge