IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

Dalrick Henry,

    Plaintiff,                        No. 1:07-CV-00336-DGC

    vs.

Eliud Chapa,

    Defendant.                     ORDER

_____/

        The order from October 19, 2009, setting the matter for mediation on December 7, 2009 (Docket No. 39), is vacated.  This case will still be referred to Magistrate Judge Craig S. Kellison to conduct a settlement conference at California State Prison, Corcoran (CSP-COR), but the date and time has been changed to January 21, 2010, at 9:00 a.m.  A new order and writ of habeas corpus ad testificandum to transport the plaintiff from Avenal State Prison (ASP) will issue forthwith.  The previous order and writ dated October 19, 2009 (Docket No. 40), is also vacated.

        In accordance with the above,

    IT IS HEREBY ORDERED:

    1.    This case is set for mediation on January 21, 2010, at 9:00 a.m. at CSP-COR, 4001 King Avenue, Corcoran, California.

    2.    The parties are directed to provide confidential settlement conference statements to Sujean Younger, ADR and Pro Bono Program Director, 501 I Street, Suite 4-

200, Sacramento, California 95814, so that they arrive no later than January 14, 2010.

3. The Mediation currently set for December 7, 2009 (Dkt. #37) is **vacated**.

DATED this 24th day of November, 2009.

_David G. Campbell_
United States District Judge