IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

Dalrick Henry,

    Plaintiff,                    No. 1:07-CV-00336-DGC

vs.

Eliud Chapa,

    Defendant.              <u>ORDER</u>

      This case was referred to Magistrate Judge Craig S. Kellison to conduct a settlement conference at California State Prison, Corcoran (CSP-COR), on January 21, 2010, at 9:00 a.m. The location has been changed to North Kern State Prison (NKSP). A new order and writ of habeas corpus ad testificandum to transport the plaintiff from Avenal State Prison (ASP) will issue forthwith.

      IT IS HEREBY ORDERED that:

1. Due to the change of location for the settlement conference in this matter, the Court's Order (Dkt. #51) and Writ of Habeas Corpus Ad Testificandum (Dkt. #52) are **vacated**.

2. This case is set for mediation on **January 21, 2010, at 9:00 a.m. at North Kern State Prison, 2737 West Cecil Avenue, Delano, California**.

3. The parties are directed to provide confidential settlement conference statements

1

to Sujean Younger, ADR and Pro Bono Program Director, 501 I Street, Suite 4-200, Sacramento, California 95814, so that they arrive no later than January 14, 2010.

DATED this 30th day of November, 2009.

David G. Campbell
United States District Judge