# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

Dalrick Henry,

        Plaintiff,                  No. 1:07-CV-00336-DGC

vs.

Eliud Chapa,

        Defendants.         **AMENDED ORDER & WRIT OF HABEAS**
_____ /        **CORPUS AD TESTIFICANDUM**

      Dalrick Henry, inmate # P-92712, a necessary and material witness in proceedings in this case on January 21, 2010, is confined in California State Prison, Corcoran, 4001 King Avenue, Corcoran, California 93212, in the custody of Warden Derral G. Adams; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at North Kern State Prison, 2737 West Cecil Avenue, Delano, California 93215 on January 21, 2010 at 3:00 p.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a mediation conference at the time and place above, until completion of the mediation conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, North Kern State Prison, P.O. Box 567, Delano, California 93216.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Darrel G. Adams, California State Prison, Corcoran, P.O. Box 8800, Corcoran, California 93212:**

      **WE COMMAND** you to produce the inmate named above to testify before Judge Kellison at North Kern State Prison at the time and place above, until completion of the mediation conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:      January 6, 2010

_David G. Campbell_
_United States District Judge_

henr0336.841(d)