IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dalrick Henry,<br><br>      Plaintiff,<br><br>vs.<br><br>Eliud Chapa,<br><br>      Defendant. | No. 1:07-CV-00336-DGC<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE TO MARCH 15, 2010 AT AVENAL STATE PRISON |

Plaintiff is a prisoner proceeding with counsel in an action under 42 U.S.C. § 1983. This case was set for settlement conference on January 21, 2010 before United States Magistrate Judge Craig M. Kellison at North Kern State Prison. Due to poor traveling conditions, the settlement conference is continued from January 21, 2010 to March 15, 2010 at Avenal State Prison before United States Magistrate Judge Jennifer L. Thurston.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The settlement conference set in this case is continued from January 21, 2010 to March 15, 2010 at Avenal State Prison.

2. The Clerk of the Court is directed to serve a courtesy copy of this order on the Litigation Office at Avenal State Prison via fax at (559) 386-2337.

DATED this 16th day of February, 2010.

David G. Campbell
United States District Judge