# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dalrick Henry, | ) No. 1:07-cv-00336-DGC |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Eliud Chapa, | ) |
| Defendant. | ) |

Plaintiff has filed his list of incarcerated witnesses for trial. Dkt. #71. Plaintiff has requested a copy of the deposition of Elmer Mauldin taken by Defendant in this matter.

**IT IS ORDERED** that counsel for Defendant shall provide a courtesy copy of the deposition of Elmer Mauldin to Plaintiff on or before **April 23, 2010** for trial preparation purposes.

DATED this 13th day of April, 2010.

David G. Campbell
United States District Judge