# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dalrick Henry,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Eliud Chapa,<br><br>　　　　Defendant. | No. 1:07-CV-0336-DGC<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT ROSAVELT HARTLEY [WITNESS FOR] PLAINTIFF** |

　　　Rosavelt Hartley, inmate CDC# E-50662, a necessary and material witness for plaintiff in proceedings in this case on May 18, 2010, is confined at Avenal State Prison, 1Kings Way, Avenal, California 93204, in the custody of the Warden James D. Hartley; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States District Judge David G. Campbell at the United States Courthouse, 8th Floor, Courtroom #1, 2500 Tulare Street, Fresno, California on May 18, 2010, at 9:00 a.m.

　　　ACCORDINGLY, IT IS ORDERED that:

　　　1.　　A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

　　　2.　　The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

　　　3.　　The clerk of the court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison-Avenal, P.O. Box 8, Avenal, California 93204.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden, James D. Hartley, Avenal State Prison, P.O. Box 8, Avenal, California 93204:**

　　　**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

　　　DATED this 9th day of April, 2010.

_____
David G. Campbell
United States District Judge