# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dalrick Henry, | No. 1:07-cv-00336-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Eliud Chapa, | |
| Defendant. | |

Defendant has filed a motion for terminating sanctions (Dkt. #84). The motion will be considered by the Court at the hearing currently set before the Court on Monday, **May 17, 2010 at 10:00 a.m.** in Courtroom 1, Robert E. Coyle Courthouse, 2500 Tulare Street, Fresno, CA. The Court is attempting to have witnesses L. Green and R. Hardley brought to the Courthouse for possible testimony at the hearing. The parties are advised that they should continue their trial preparation. Trial in this matter will begin on **May 18, 2010 at 9:00 a.m.**

DATED this 13th day of May, 2010.

David G. Campbell
United States District Judge