FILED

MAY 1 7 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALRICK A. HENRY, | CASE NO. 1:07-cv-00336 DCG (PC) |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PRISONER FOR TRIAL ON MAY 18, 2010, AT 8:00 A.M. |
| v. | |
| ELIUD CHAPA, | |
| Defendant. | |

Plaintiff Dalrick Henry, P-92712, shall be produced for trial before the United States District Court, at 2500 Tulare Street, Fresno, California at 8:00 a.m. on Tuesday, May 18, 2010, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

DATED: ___May 17, 2010___

*David G. Campbell*
DAVID G. CAMPBELL
UNITED STATES DISTRICT JUDGE

1