

FILED
MAY 17 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALRICK A. HENRY,<br><br>          Plaintiff,<br><br>     v.<br><br>ELIUD CHAPA,<br><br>          Defendant.<br>_____/ | CASE NO. 1:07-cv-00336 DCG (PC)<br><br>ORDER REQUIRING PRODUCTION OF PRISONER FOR TRIAL ON MAY 20, 2010, AT 8:00 A.M. |

Inmate L. Green, H-42401, shall be produced to testify as a witness before the United States District Court, at 2500 Tulare Street, Fresno, California at 8:00 a.m. on Thursday, May 20, 2010, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

DATED:   May 17, 2010

_____
DAVID G. CAMPBELL
UNITED STATES DISTRICT JUDGE

1