

FILED

MAY 1 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALRICK A. HENRY,<br><br>        Plaintiff,<br><br>v.<br><br>ELIUD CHAPA,<br><br>        Defendant. | CASE NO. 1:07-cv-00336 DCG (PC)<br><br>NOTICE AND ORDER THAT INMATE TERRANCE MACEDON, H-25876, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

    Jury trial in this matter commenced on May 18, 2010. Inmate witness **Terrance Macedon, H-25876**, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATED:   May 18, 2010

*David G. Campbell*

DAVID G. CAMPBELL
UNITED STATES DISTRICT JUDGE