

MAY 1 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALRICK A. HENRY,<br><br>    Plaintiff,<br><br>v.<br><br>ELIUD CHAPA,<br><br>    Defendant. | CASE NO. 1:07-cv-00336 DCG (PC)<br><br>ORDER REQUIRING PRODUCTION OF PRISONER FOR TRIAL ON MAY 19, 2010, AT 8:00 A.M. |

Plaintiff Dalrick Henry, P-92712, shall be produced for trial before the United States District Court, at 2500 Tulare Street, Fresno, California at 8:00 a.m. on Wednesday, May 19, 2010, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

DATED: __May 18, 2010__

_David G. Campbell_
DAVID G. CAMPBELL
UNITED STATES DISTRICT JUDGE

1