# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dalrick Henry, | No. 1:07-cv-00336-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Eliud Chapa, | |
| Defendant. | |

In compliance with the Court's Order (Dkt. #69), Plaintiff has provided money orders in payment of witness and mileage fees for witnesses Diaz and McEwen. The subpoenas for these witnesses were returned to the Court unexecuted by the U.S. Marshal's Service. Therefore, the money orders were not used.

**IT IS ORDERED** directing the clerk to return the unused money orders for witnesses Diaz and McEwen to Plaintiff.

DATED this 18th day of May, 2010.

_David G. Campbell_
David G. Campbell
United States District Judge