**FILED**

MAY 20 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY S. ARELLANO
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALRICK A. HENRY, | CASE NO. 1:07-cv-00336 DCG (PC) |
| Plaintiff, | NOTICE AND ORDER THAT INMATE DALRICK HENRY, P-92712, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| ELIUD CHAPA, | |
| Defendant. | |

Jury trial in this matter commenced on May 18, 2010. Inmate witness Dalrick Henry, P-92712, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATED: May 20, 2010

*David G. Campbell*
DAVID G. CAMPBELL
UNITED STATES DISTRICT JUDGE

1