FILED

MAY 20 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____S. ARELLANO____
           DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALRICK A. HENRY, | CASE NO. 1:07-cv-00336 DCG (PC) |
| Plaintiff, | NOTICE AND ORDER THAT INMATE L. GREEN, H-42401, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| ELIUD CHAPA, | |
| Defendant. | |

Jury trial in this matter commenced on May 18, 2010. Inmate witness L. Green, H-42401, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATED: __May 20, 2010__    _David G. Campbell_
                            DAVID G. CAMPBELL
                            UNITED STATES DISTRICT JUDGE

1