IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dalrick Henry, | ) No. 1:07-cv-00336-DGC |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Eliud Chapa, | ) |
| Defendant. | ) |

This matter came on for trial on May 18, 2010. At the conclusion of the trial, the Court directed counsel for Defendant to prepare and submit a form of judgment to the Court. As of this date, counsel for Defendant has not submitted the requested form of judgment to the Court.

**IT IS ORDERED** that counsel for Defendant shall submit a proposed form of judgment to the Court for consideration on or before **June 25, 2010**. Counsel for Defendant shall also email the form of judgment (in either Word or WordPerfect format) to campbell_chambers@azd.uscourts.gov.

DATED this 18th day of June, 2010.

David G. Campbell
United States District Judge