1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALRICK HENRY,<br><br>       Plaintiff,<br><br>    v.<br><br>ELIUD CHAPA<br><br>       Defendant. | CASE NO. 1:07-cv-0336-DGC PC<br><br>**JUDGMENT ON JURY VERDICT** |

This action came on regularly for trial on May 18, 2010, in Court Room 1 of the Eastern District of California, Fresno, the Honorable David Campbell judge presiding.  The plaintiff Dalrick Henry appeared in pro per and defendant Eliud Chapa appeared by attorney Ovidio Oviedo, Jr.

A jury of eight (8) persons were regularly impaneled and sworn.  Witnesses were sworn and testified.  After hearing the evidence and arguments of counsel, the Court duly instructed the jury and submitted the case to the jury.  The jury deliberated and returned to the court with its verdict in favor of Defendant Eliud Chapa on all claims.

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendant Eliud Chapa and against Plaintiff Dalrick Henry.  Plaintiff shall take nothing from Defendant**.**

DATED this 23rd day of June, 2010.

_____
David G. Campbell
United States District Judge